(i) Interstate Income Withholding [DW]. All support orders incoming from another state under the Interstate Income Withholding Act.

(j) Registration of Foreign Orders [DR]. All registrations of foreign support orders received from another state under the Uniform Reciprocal Enforcement of Support Act.

(k) (Formerly [h], renumbered but otherwise unchanged.)

(5)-(7) (Unchanged.)

(C)-(E) (Unchanged.)

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.

*Rehearing Denied May 19, 1986:*

*In re* LOYD, No 74003. Reported at 424 Mich 514.

*Leave to Appeal From Attorney Discipline Board Denied May 28, 1986:*

GRIEVANCE ADMINISTRATOR v ESTON, No. 78192. Reconsideration denied July 28, 1986.

*Rehearing Denied June 10, 1986:*

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v INSURANCE BUREAU, No. 70677. Reported at 424 Mich 656. RILEY, J., would grant rehearing.

*Certified Question Accepted June 24, 1986:*

*In re* CERTIFIED QUESTION, BANKEY v STORER BROADCASTING COMPANY, No. 78200. The request to answer the question certified by the United States Court of Appeals for the Sixth Circuit is granted; to be argued and submitted together with *Bullock v Automobile Club of Michigan,* No. 78027.